# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALMA M., | Case No. 1:15-cv-01386---SAB |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT NULICK'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| WILLIAM NULICK, et al., | (ECF No. 4) |
| Defendants. | RESPONSIVE PLEADING DEADLINE: November 23, 2015 |

On September 10, 2015, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants William Nulick, the Tulare County Sheriff, and the County of Tulare. On October 21, 2015, Defendant Nulick filed a motion for an extension of time to file a responsive pleading to allow him to obtain counsel. Pursuant to the Federal Rules of Civil Procedure an answer must be served within 21 days of being served with the summons and complaint or within 60 days after the request for a waiver was sent if the defendant has timely waived service. Fed. R. Civ. P. 12(a).

Defendant Nulick has not returned a waiver of service, so his answer to the complaint is due within twenty one days of service of the summons and complaint. The Court shall grant Plaintiff's motion for an extension of time in order to allow him the opportunity to obtain counsel. As the motion does not state the date on which Defendant Nulick was served, the Court shall set the date for a responsive pleading to be filed as thirty days from the date of receipt of

1

the instant motion.

Accordingly, Defendant Nulick's responsive pleading shall be filed and served on or before November 23, 2015.

IT IS SO ORDERED.

Dated: __October 26, 2015__

_____
UNITED STATES MAGISTRATE JUDGE