# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM NULICK, et al., <br><br> Defendants. | Case No. 1:15-cv-01386-JAM-SAB <br><br> ORDER TO SHOW CAUSE WHY PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF CHRISTOPHER B. NOYES, AND ATTACHED EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL SHOULD NOT BE STRICKEN <br><br> ORDER SETTING 25 PAGE LIMIT FOR JOINT STATEMENT <br><br> (ECF Nos. 30-1, 30-2) |

On November 30, 2016, Plaintiff filed a motion to compel the production of records from Defendant Tulare County Sheriff. (ECF No. 30.) Plaintiff attached to the notice of motion and motion to compel a memorandum of points and authorities, Declaration of Christopher B. Noyes, and exhibits in support of the motion to compel. (ECF Nos. 30-1, 30-2.) Plaintiff also indicates that the motion will be based on "any reply memorandum." (ECF No. 30 at 2.)

The Local Rules provide that a party may file a motion to compel and service of a noticed motion scheduling the hearing date twenty-one days from the date the motion is served. L.R. 251(a). The parties may also file the notice of motion and motion concurrently with the joint statement scheduling the hearing date seven days from the date of filing. L.R. 251(a). To comply with Rule 251, the parties are required to file a joint statement of the discovery dispute or

1

an affidavit pursuant to Rule 251(d) at least seven days prior to the hearing day.  L.R. 251(a).  "The hearing may be dropped from the calendar without prejudice if the Joint Statement re Discovery Disagreement or an affidavit as set forth below is not filed at least seven (7) days before the scheduled hearing date."  L.R. 251(a).  "All arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion shall be included in this joint statement, and no separate briefing shall be filed."  L.R. 251(c).

Here, Plaintiff filed a memorandum of points and authorities and a declaration of Christopher B. Noyes in support of her motion to compel.  (ECF Nos. 30-1, 30-2.)  Plaintiff attached twelve exhibits to the declaration of Christopher B. Noyes.  (ECF No. 30-1.)  Based on Local Rule 251(c), the parties are not to file any briefing separate from the joint statement.  Based on a review of Plaintiff's motion to compel, it appears that Local Rule 251(d) and (e) are not applicable to this matter.  Therefore, Plaintiff shall show cause why the memorandum of points and authorities, declaration of Christopher B. Noyes, and the exhibits attached to the declaration of Christopher B. Noyes should not be stricken from the record.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause within five (5) days from the date of entry of this order why the memorandum of points and authorities, declaration of Christopher B. Noyes, and the exhibits attached to the declaration of Christopher B. Noyes (ECF Nos. 30-1, 30-2) should not be stricken from the record.  It is FURTHER ORDERED that the Local Rule 251 joint statement shall be no longer than 25 pages.

IT IS SO ORDERED.

Dated:  **December 7, 2016**

UNITED STATES MAGISTRATE JUDGE