# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M.,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM NULICK, et al.,<br><br>    Defendants. | Case No.  1:15-cv-01386---SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND STRIKING PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF CHRISTOPHER B. NOYES, AND ATTACHED EXHIBITS<br><br>(ECF No. 37) |

On November 30, 2016, Plaintiff filed a motion to compel the production of documents in this action.  Included in the motion were a memorandum of points and authorities, declaration, and exhibits.  On December 7, 2016, an order issued requiring Plaintiff to show cause why the memorandum of points and authorities, declaration, and exhibits attached to Plaintiff's motion to compel should not be stricken as the filings violated Local Rule 251.  On December 8, 2016, Plaintiff filed a response stating that she misinterpreted the Local Rule and agrees that the documents should be stricken.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued December 7, 2016 is DISCHARGED;
2. Plaintiff's memorandum of points and authorities, declaration of Christopher B. Noyes, and exhibits in support of the motion are STRICKEN FROM THE RECORD; and

3. The parties shall file their joint statement in compliance with Local Rule 251 and the December 7, 2016 order to show cause.

IT IS SO ORDERED.

Dated: **December 8, 2016**

UNITED STATES MAGISTRATE JUDGE