# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M., | Case No. 1:15-cv-01386-JAM-SAB |
| Plaintiff, | ORDER CONTINUING PLAINTIFF'S MOTION TO COMPEL TO JANUARY 11, 2017 |
| v. | |
| WILLIAM NULICK, et al., | |
| Defendants. | |

Plaintiff Alma M. filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2015. On November 30, 2016, Plaintiff filed a motion to compel discovery with a hearing on the motion set for December 21, 2016. (ECF No. 30.) The parties filed a joint statement re discovery disagreement on December 14, 2016. (ECF No. 39.)

Plaintiff contends that Defendants have failed to respond to discovery requests, specifically discovery requests related to the criminal investigation and internal affairs investigation of Defendant Nulick. Defendants respond that the discovery disputes have largely been resolved and will be resolved in their entirety by December 22, 2016, pursuant to the Court's ruling in a companion case.

In a companion case, Maria R. v. Nulick, 1:15-cv-01378-JAM-EPG, the same counsel for Plaintiff and Defendants dealt with a similar discovery dispute and an order issued requiring Defendants to produce responsive documents by the close of business on December 22, 2016.

1

1 Id., ECF No 57.  Pursuant to this order, Defendants will produce additional documents and a
2 declaration by December 16 and 22, 2016.  Decl. of Michael S. Moss ¶¶ 7, 8.  Accordingly, the
3 Court finds that it is in the interest of judicial economy to continue the hearing on Plaintiff's
4 motion to compel to January 11, 2017.  This will provide Plaintiff with an opportunity to review
5 the discovery produced and determine the discovery issues that remain in dispute.  The parties
6 shall file a joint statement one week prior to the hearing addressing any discovery requests that
7 are still at issue.

8    Based on the foregoing, IT IS HEREBY ORDERED that the hearing on Plaintiff's
9 motion to compel set for December 21, 2016 at 10:00 a.m. is CONTINUED to January 11, 2017,
10 at 10:00 a.m. in Courtroom 9.  The parties shall file a joint statement informing the Court of the
11 discovery issues that remain in dispute seven days prior to the scheduled hearing.

IT IS SO ORDERED.

Dated:   **December 16, 2016**

UNITED STATES MAGISTRATE JUDGE

2