# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M., <br><br>         Plaintiff, <br><br>     v. <br><br> WILLIAM NULICK, et al., <br><br>         Defendants. | Case No. 1:15-cv-01386-JAM-SAB <br><br> ORDER REQUIRING DEFENDANTS TO FILE EXHIBITS FOR THE FURTHER JOINT STATEMENT NO LATER THAN NOON ON JANUARY 6, 2017 <br><br> (ECF No. 41) |

On January 4, 2017, the parties filed a further joint statement re status of discovery disagreement. (ECF No. 41.) Defendants referenced the following attachments in their portion of the joint statement: Exhibit A, a copy of Defendants' statement of compliance filed in the companion action on December 16, 2016; Exhibit A to Defendants' statement of compliance, the sworn declaration of Captain Keith Douglass; and Exhibit B, a copy of Defendants' further statement of compliance filed in the companion action on December 19, 2016. However, the exhibits were not actually attached to the further joint statement that was filed.

Accordingly, Defendants are HEREBY ORDERED to file their exhibits for the further joint statement no later than noon on January 6, 2017.

IT IS SO ORDERED.

Dated:   **January 4, 2017**

_____
UNITED STATES MAGISTRATE JUDGE