# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA M., <br><br>        Plaintiff, <br><br>    v. <br><br>WILLIAM NULICK, et al., <br><br>        Defendants. | Case No. 1:15-cv-01386-JAM-SAB <br><br>ORDER RE STIPULATION ON DISCOVERY <br><br>(ECF No. 48) |

On January 13, 2017, the parties to this action filed a stipulation that the documents produced in discovery by Defendants, County of Tulare and Tulare County Sheriff in the action entitled <u>Maria R. et al. v. Nulick, et al.</u>, No. 1:15-cv-01378-EPG) shall be deemed also produced by Defendants, County of Tulare and Tulare County Sheriff during the course of discovery in the above-entitled action.

IT IS SO ORDERED.

Dated: **January 20, 2017**

                                          UNITED STATES MAGISTRATE JUDGE